In the Matter of the Accounting of WILLIAM ARROWSMITH as Executor of PENELOPE McCREA, Deceased.

LOUISE T. CRUSE et al., Appellants; VASCO P. ABBOTT, Respondent.

Reported below, 162 App. Div. 623.
(Argued November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, which modified, and affirmed as modified, a decree of the New York County Surrogate's Court settling the accounts of the executor of Penelope McCrea, deceased.

The motion was made upon the ground that the appeal was frivolous; that the appellant had waived the right to appeal, and that the notice of appeal was defective.

*Vasco P. Abbott* for motion.

*Paul Bonynge* opposed.

Motion denied, with ten dollars costs.